UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BRINK,<br><br>    Plaintiff(s),<br><br>v.<br><br>JP MORGAN CHASE, ET AL.,<br><br>    Defendant(s). | No. C11-0284 JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled April 29, 2011, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **May 27, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on April 29, 2011, for failure to comply with the Court's Order of January 19, 2011, and for failure to prosecute this action. A case management conference is also scheduled fo **May 27, 2011,, at 1:30 p.m**.

IT IS SO ORDERED.

Dated: May 3, 2011

                                                            JOSEPH C. SPERO<br>                                                            United States Magistrate Judge

United States District Court
For the Northern District of California